IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM GREGORY SUMMERS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>THOMAS CARROLL, Warden, and )<br>CARL C. DANBERG, Attorney General )<br>of the State of Delaware, )<br>)<br>Respondents. ) | Civ. A. No. 04-132-KAJ |

**ORDER**

For the reasons set forth in the Memorandum Opinion issued in this action today,

IT IS HEREBY ORDERED that:

1. William Gregory Summers' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED. (D.I. 1)

2. A certificate of appealability will not be issued. See 28 U.S.C. § 2253(c)(2).

_____
UNITED STATES DISTRICT JUDGE

May 16, 2006
Wilmington, Delaware