NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

William Gregory Summers

DISTRICT COURT
DOCKET NUMBER: 04-132-KAJ

v.

Thomas Carroll, And Carl C. Danberg Attorney General of the State of Delaware.

DISTRICT COURT
JUDGE: Kent A. Jordan

Notice is hereby given that _____ William Gregory Summers
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[ ] Other (specify) Memorandum Opinion of 2254 Habeas Corpus

entered in this action on May 16, 2006.
(date)

DATED: June 9, 2006

Pro Se
(Counsel for Appellant-Signature)

Pro Se
(Name of Counsel - Typed)

N/A
(Address)

(Telephone Number)

FILED
JUN 13 2006

(Counsel for Appellee)

(Address)

(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

I/M William Gregory Sommers
SBI# 253331   UNIT MHU 21 Bun.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
12 JUN 2006 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570