FPS-371                                                                                      DATE: July 11, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 06-3054</u>

Summers v. Carroll
(D.C. No. 04-cv-0132)

To: Clerk

1) Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>

---

     The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.



A True Copy:
Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: July 12, 2006
CRG/cc: Mr. William G. Summers
       Thomas E. Brown, Esq.