CLD-85
December 21, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **06-3054**

WILLIAM GREGORY SUMMERS

v.

WARDEN THOMAS L. CARROLL, ET AL.
(Dist. Delaware Civil No. 04-cv-00132)

Present: RENDELL, SMITH and COWEN, Circuit Judges.

Submitted is appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1), in the above-captioned case.

Respectfully,

Clerk

MMW/TRA/zm/crg

O R D E R

The foregoing application for a certificate of appealability is denied because William Gregory Summers has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253. Reasonable jurists would not debate whether the District Court was correct in denying as without merit Summers' claim of ineffective assistance of trial counsel for failing to investigate two eyewitness and in denying as procedurally defaulted Summers' remaining claims of ineffective assistance of counsel as well as his claims of due process violations . See Miller-El v. Cockrell, 537 U.S. 322, 338 (2003) (citing Slack v. McDaniel, 529 U.S. 473, 484 (2000)).

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated:      January 18, 2007
tyw/crg/cc: Mr. William Gregory Summers
            Thomas E. Brown, Esq.

A True Copy:

Marcia M. Waldron, Clerk