OFFICE OF THE CLERK

MARCIA M. WALDRON  
CLERK

**UNITED STATES COURT OF APPEALS**  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA 19106-1790

TELEPHONE  
215-597-2995

__Delaware_____ Clerk of Court  
(District)

Date _1/18/07_

_Summers vs. Carroll_____  
(Caption)

C. of A. No _06-3054_

_William Gregory Summers_  
(Appellant)

_04-cv-00132_  
(D.C. No.)

Enclosures:

_1/18/07_____ Certified copy of C. of A. Order by the /Court  
(Date)

*__X__ Record (STATE COURT RECORD AND DOC #'S 1-26)

*_____ Supplemental Record (First) (Second) (Third)

*_____ Exhibits

*_____ State Court Record

__X__ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal closed at No_____

_____ Please forward Record to this office.

_Chanel R. Graham_____ (267)-299-_4955_  
Deputy Clerk         Telephone Number

*_Keith Lombardo_ (267)-299-_4912_  
Record Processor   Telephone Number

January 24, 2007

Receipt Acknowledge:  
_E. Shicklin_____  
(Name)  
_1/29/07_____  
(Date)